| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Law Office of Craig A. Simmermon<br>3017 Douglas Blvd ste 300, Roseville, CA 95661<br><br>TELEPHONE NO.: 916-878-6656   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:  CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Eastern District of California**<br>STREET ADDRESS: 501 I St. Suite 4-200<br>MAILING ADDRESS: 501 I St. Suite 4-200<br>CITY AND ZIP CODE: Sacramento 95814<br>BRANCH NAME: Robert T. Matsui Federal Courthouse | |
| PLAINTIFF/PETITIONER: **CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION** | CASE NUMBER:<br>**2:23-CV-02760-CKD** |
| DEFENDANT/RESPONDENT: **JACOBY & MEYERS, P.C.** | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**REF-14287921** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS; COMPLAINT; EXHIBITS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING PATENT OR TRADEMARK; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; INITIAL SCHEDULING ORDER, CASES ASSIGNED UNDER APP. A, SUB (M)**

I attempted to serve   **Attorney Eugene L. Chang- Willkie Farr & Gallagher LLP**
at the address of     **787 7th Avenue, New York, NY 10019**

BY FAX

and was unable to effect service for the following reasons:
**11/30/2023 10:10 AM: I was unable to access the address due to secured building although I contacted apartment office.**
**11/30/2023 10:30 AM: I spoke with an individual who identified themselves as the employee.  The law firm has a desk at the lobby.**
**They contacted subject who sent an employee downstairs to take a look at the documents.**
**Employee stated after contacting subject that he doesn't have a green light from client to accept service.**
**Note: going up to see subject himself is impossible.**

Fee for service: **$ 140.00**

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

**Islam Alaaeldin**
**1956 64th st 2f, brooklyn, NY 11204**
**646-286-4669**
**NYC DCWP, #2106710-dca**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:  11/30/2023

_____Islam Alaaeldin_____
(PRINTED NAME OF DECLARANT)

_____[signature]_____
(SIGNATURE OF DECLARANT)