UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JACOBY & MEYERS, P.C.,<br><br>Defendant. | Case No.  2:23-cv-02760-CKD<br><br>**ORDER PURUSANT TO EASTERN DISTRICT LOCAL RULE 144(c)**<br><br>Complaint Filed : 11/28/2023 |

Upon the annexed affidavit of Craig A. Simmermon, sworn to January 7th, 2024, and good cause appearing therefore, it is

ORDERED, pursuant to Fed. R. Civ. P. 6 and Local Rule 144(c), that the time of Defendant to answer or otherwise respond to the Complaint is extended for a period of twenty-eight (28) days from the date January 8, 2024.  Plaintiff shall serve this order on defendant no later than January 12, 2024.

IT IS SO ORDERED.

Dated:  January 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE