# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JACOBY & MEYERS ATTORNEYS, LLP,<br><br>Defendant. | Case No.  2:23-cv-02760-CKD<br><br>**ORDER PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(c)**<br><br>Amended Complaint Filed : 3/4/2024 |

Upon review of plaintiff's *ex parte* application for extension of time (ECF No. 15) and good cause appearing therefore, it is

ORDERED that the time of Defendant to answer, move, or otherwise respond to the Amended Complaint is extended for a period of twenty-eight (28) days from the date May 13, 2024.  Plaintiff shall serve a copy of this order on defendant on or before May 21, 2024.

SO ORDERED.

Dated:  May 13, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE