UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JACOBY & MEYERS ATTORNEYS LLP,<br><br>Defendant. | Case No.  2:23-cv-02760-CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>Amended Complaint Filed : 3/4/2024 |

## ORDER

Plaintiff has filed a Statement of Non-Opposition (ECF No. 21) to Defendant's  Motion to Extend Time to Answer, Move, or Otherwise Respond to the Second Amended Complaint (ECF No. 18).  Good cause appearing,

////

////

////

////

IT IS HEREBY ORDERED that:

1. Defendant's motion to extend time (ECF No. 18) is GRANTED; and

2. Defendant's time to answer, move, or otherwise respond to the Second Amended Complaint is extended to June 24, 2024.

Dated:  June 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE