LAW OFFICE OF CRAIG A. SIMMERMON
Craig Simmermon (SBN 258607)
craig@simmermonlaw.com
3017 Douglas Blvd., Ste. 300
Roseville, CA 95661
T: (916) 878-6656

Attorney for Plaintiff
CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JACOBY & MEYERS ATTORNEYS, LLP,<br><br>Defendant. | Case No. 2:23-cv-02760-CKD |

### NOTICE OF **VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION, by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case with prejudice.

DATED: June 20, 2024

>Law Office of Craig A. Simmermon
>By: /s/ Craig Simmermon
>Craig Simmermon
>Attorney for Plaintiff
>CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was served by electronic mail on June 20, 2024 on all counsel of record.

          /s/ Craig Simmermon_____

          Craig Simmermon